```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 43888
   EDWIN TORRES
   JANICE K TORRES                              CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

             Debtor
   SSN XXX-XX-8566     SSN XXX-XX-8437


----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/05/05 and confirmed on 11/17/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $   5760.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COLLECTECH SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| APLM LTD | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED PEDS OF FAX V | UNSECURED | NOT FILED | .00 | .00 |
| AURORA EYE CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| AURORA INTERNAL MEDICINE | UNSECURED | NOT FILED | .00 | .00 |
| AURORA PEDIATRIC CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1864.48 | .00 | 1583.46 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CLAIM MANAGMENT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COPLEY MEMORIAL HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| BERNARD S SMAIZYS DDS | UNSECURED | NOT FILED | .00 | .00 |
| DRYER MEDICAL CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY TREATMENT SC | UNSECURED | NOT FILED | .00 | .00 |
| FOX VALLEY CARDIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| GM CARD | UNSECURED | NOT FILED | .00 | .00 |
| DREYER MEDICAL CLINIC | UNSECURED | 41.94 | .00 | 35.62 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1090.05 | .00 | 925.75 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| SWISS COLONY | UNSECURED | NOT FILED | .00 | .00 |
| FIRST BANK | UNSECURED | NOT FILED | .00 | .00 |
| VALLEY IMAGING CONSULTAN | UNSECURED | NOT FILED | .00 | .00 |
| CHASE | UNSECURED | NOT FILED | .00 | .00 |
| SHELL | UNSECURED | NOT FILED | .00 | .00 |

```
GRP FINANCIAL SERVICES      SECURED           .00           .00           .00
ROUNDUP FUNDING LLC         UNSECURED      1109.82           .00        942.54
ASSET ACCEPTANCE CORP       UNSECURED       478.78           .00        406.62
     Summary of disbursements:
------------------------------------------------------------------------------
                       SECURED    PRIORITY    UNSECURED        OTHER       TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED         .00         .00      4585.07          .00     4585.07
PRINCIPAL PAID             .00         .00      3893.99          .00     3893.99
INTEREST PAID              .00         .00           .00         .00          .00
TOTAL PAID                 .00         .00      3893.99          .00     3893.99
```

The Debtor's attorney, LEGAL HELPERS PC            , was allowed $   2700.00
and was paid $   1020.00   direct and $   1680.00   through the plan.

The Trustee received $    186.01 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 12/17/07                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE